UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00226-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HECTOR GUERRERO-GAONA, a/k/a Hector Antonio Gaona,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, July 6, 2009,** and responses to these motions shall be filed by **Monday, July 20, 2009.**  It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference has not been set.  If necessary, the parties may request a hearing.  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, July 27, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated this 1st day of June, 2009.

                        BY THE COURT:

                        <u>s/ Wiley Y. Daniel</u>
                        Wiley Y. Daniel
                        Chief U. S. District Judge